■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND LEBEDEWICZ, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Rockland County (Meehan, J.), imposed October 1, 1984.

Sentence affirmed. No opinion.

This case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (5). Mollen, P. J., Bracken, Rubin and Lawrence, JJ., concur.